

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-6-2007

# In Re: Shemonsky

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3093

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Shemonsky " (2007). *2007 Decisions.* Paper 464.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/464

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-337                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NOS. 07-3093, 07-3104, & 07-3105
_____

IN RE: MICHAEL R. SHEMONSKY,

Appellant


MICHAEL G. OLEYAR, JR.,

Trustee
_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. Nos. 07-cv-00765, 07-cv-00766, & 07-cv-00806)
District Judge:  Honorable Malcolm Muir
_____

Submitted For Possible Dismissal as Moot
August 16, 2007

BEFORE: RENDELL, SMITH and JORDAN, <u>CIRCUIT JUDGES</u>

(Filed: September 6, 2007)
_____
OPINION
_____

PER CURIAM

        Michael Shemonsky appeals the District Court's order denying his motions to

proceed <u>in</u> <u>forma</u> <u>pauperis</u> on appeal.  Shemonsky filed notices of appeal from the District

Court's order deeming his appeals from three Bankruptcy Court orders withdrawn.  These

appeals were docketed at C.A. Nos. 07-2784, 07-2790, and 07-2791.  Shemonsky filed

motions to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in the District Court for each appeal. By order entered July 10, 2007, the District Court denied the motions without prejudice to Shemonsky filing a motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> with this Court. Shemonsky then filed notices of appeal from the District Court's July 10, 2007 order which were docketed at C.A. Nos. 07-3093, 07-3104, and 07-3105.

By order entered July 18, 2007, the Clerk granted Shemonsky's motions to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in the appeals at C.A. Nos. 07-2784, 07-2790, and 07-2971. Because Shemonsky has now been granted the relief he sought in the District Court, the appeals at C.A. Nos. 07-3093, 07-3104, and 07-3105 are moot. Accordingly, we will dismiss the appeals.